IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

YESSICA ALEJANDRA LARIOS           *
MARTINEZ,
                                   *

            Petitioner,              Case No.   4:26-cv-839-CDL-AGH
v.                                 *            28 U.S.C. § 2241

Warden, STEWART DETENTION CENTER,  *
et al.,
                                   *
            Respondents.

_____

**J U D G M E N T**

Pursuant to this Court's Order dated June 18, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 22nd day of June, 2026.

David W. Bunt, Clerk


s/ Ashley N. Yates, Deputy Clerk